ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZMIN RODRIGUEZ GIL,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.<br>Defendants. | CASE NO. 1:26-CV-06971-KES-EGC<br>**STIPULATION FOR EXTENSION OF TIME; ORDER**<br>(Doc. 10) |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to her filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act; Plaintiff served Defendants with this complaint on September 14, 2026. The current deadline for Defendants to respond is November 13, 2026. Since service of the Complaint, Defendant USCIS has scheduled Plaintiff's interview on November 23, 2026. This interview must proceed and the agency will also need time to review and consider the information gathered. This work must proceed before the agency can advance the adjudicatory process. Given this status the agency is presently advancing the administrative process and in the interest of allowing the process to continue, the parties wish to extend the deadline for Defendants to respond for approximately sixty days. Accordingly, the parties hereby stipulate that the deadline for Defendants to file an answer or other responsive pleading for

///

approximately sixty (60) days to and including January 12, 2027. The parties further request that all other filing deadlines be similarly extended.

DATED: November 10, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Jeremy Clason (as authorized on November 10, 2026)*
JEREMY CLASON
Counsel for Plaintiff

**ORDER**

Based on the foregoing stipulation, (Doc. 10), and for good cause shown, it is hereby ORDERED that:

1. Defendants shall have through and including January 12, 2027 to file their response or alternate pleading; and
2. Any and all other deadlines shall be extended for a similar period of time.

IT IS SO ORDERED.

Dated: **November 12, 2026**

UNITED STATES MAGISTRATE JUDGE